Eastern District of Kentucky
**F I L E D**
AUG 12 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.                                                        INDICTMENT NO. 21-44-DLB-CJS

ALLIE N. SKIRVIN and
THOMAS EDWARD POWERS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about August 1, 2020, and continuing through on or about June 14, 2021, in Campbell County, in the Eastern District of Kentucky, and elsewhere,

**ALLIE N. SKIRVIN and
THOMAS EDWARD POWERS**

conspired together and with others to distribute, and possess with intent to distribute, controlled substances, including 50 grams or more of methamphetamine, a Schedule II controlled substance, and 400 grams or more of fentanyl, a Schedule II controlled substance, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about May 23, 2021, in Campbell County, in the Eastern District of Kentucky,

**ALLIE N. SKIRVIN**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 18 U.S.C. § 924(c)(1)(A)

On or about May 23, 2021, in Boone County, in the Eastern District of Kentucky,

**ALLIE N. SKIRVIN,**

in furtherance of the drug trafficking crimes in Counts 1 and 2 of this Indictment, for which she may be prosecuted in a court of the United States, did knowingly possess a firearm, to wit, a Taurus semi-automatic 9-millimeter pistol bearing serial number ABD441865, all in violation of 18 U.S.C. § 924(c)(1)(A).

### COUNT 4
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about June 14, 2021, in Campbell County, in the Eastern District of Kentucky,

**ALLIE N. SKIRVIN and**
**THOMAS EDWARD POWERS,**

aiding and abetting each other, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offense alleged in Count 3 of this Indictment, the below-listed firearm and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d). In committing the offenses alleged in Counts 1 through 4 of this Indictment, the same being punishable by imprisonment for more than one year, **ALLIE N. SKIRVIN** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following:

### FIREARM and AMMUNITION:

1. Taurus semi-automatic 9-millimeter pistol with serial number ABD441865, and
2. Miscellaneous ammunition and accessories to the firearm seized on May 23, 2021.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **ALLIE N. SKIRVIN** has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461.

___ A TRUE BILL

_____

*[signature]*

_____
CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 and 4:**  Not less than 10 years and not more than life imprisonment, a fine of not more than $10,000,000, and at least 5 years supervised release.

**If a prior serious drug felony**, not less than 15 years and not more than life imprisonment, a fine of not more than $20,000,000, and at least 10 years supervised release.

**If two or more prior serious drug felonies**, not less than 25 years and not more than life imprisonment, a fine of not more than $20,000,000, and at least 10 years supervised release.

**COUNT 2:**  Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years supervised release.

**If a prior felony drug offense**, not more than 30 years imprisonment, a fine of not more than $2,000,000, and at least 6 years supervised release.

**COUNT 3:**  Not less than 5 years, nor more than life imprisonment, to run consecutively to any other term of imprisonment imposed, a fine of not more than $250,000, and supervised release of not more than 5 years.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.

**PLUS:**  Forfeiture of all listed property.